IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02895-WYD-MJW

MICHAEL McCAMMOND,

Plaintiff(s),

v.

SCHWAN'S HOME SERVICE, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (docket no. 23) is GRANTED. The written Protective Order (docket no. 23-1) is APPROVED as amended in paragraphs 7 and 16 and made an Order of Court.

Date: April 6, 2010