IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen         Date:  August 22, 2011
Court Reporter:    Gwen Daniel

_____

Civil Case No.   09-cv-02895-WJM-MJW         Counsel:

MICHAEL McCAMMOND,                            James C. Vaughters

    Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC.,                  Alan L. Rupe

    Defendant.
_____

COURTROOM MINUTES
_____

JURY TRIAL - Day One

08:09 a.m.    Court in Session

Appearances

Court's comments

Discussion re preliminary matters

08:26 Court in Recess
08:44  Court in Session - Jury panel present

Court's opening remarks to the jury panel

09:00 Jury sworn voir dire.  Voir dire commences.

09:52  Voir dire (by the Court)

09:53  Voir dire (by Mr. Vaughters)

1

10:05  Voir dire (by Mr. Rupe)

10:24 - 10:26        Bench conference  -  ORDERED: The parties' challenges for cause are overruled.

10:26  Court in Recess
10:41  Court in Session - jury panel present

10:41  Voir dire continued

CHALLENGES FOR PLAINTIFF:
1. 100227606
2. 100204024
3. 100216193

CHALLENGES FOR DEFENDANT:
1. 00237478                                        .
2. 100208826
3. 100226100

10:47  Voir dire completed

10:49  JURY SWORN TO TRY:
           1) 100215283
           2) 100225573
           3) 100230525
           4) 100227602
           5) 100226635
           6) 100205207
           7) 100214967
           8) 100206080

10:50  Court's preliminary instructions to the jury

11:12  Opening Statement (by Mr. Vaughters)

11:26  Opening Statement (by Mr. Rupe)

**PLAINTIFF'S WITNESS MICHAEL McCAMMOND**
11:43  Direct (by Mr. Vaughters)

11:55  Court in Recess
01:10  Court in Session - without jury
Court's comments

2

**ORDERED:   Defendant's Unopposed Motion for Leave to Submit Amended Joint Exhibit List [100] is DENIED.**

01:14 Jury present

                Exhibits identified, offered and received: 1, 11, 12; 13 through 32.

                Exhibits identified, offered and received, objections overruled: 2, 3, 4, 5, 6, 7, 8, 9.

Plaintiff withdraws Exhibit Nos. 28, 30, 31, 32.  No objection by Defendant.

                Exhibits withdrawn: 28, 30, 31, 32.

                Exhibits identified, offered and received, objections overruled: 33, 34, 35, 36, 37

02:57 Court in Recess
03:11  Court in Session

03:13  Jury present

**PLAINTIFF'S WITNESS MICHAEL McCAMMOND**
03:13  Direct continued (by Mr. Vaughters)

                Exhibits identified, offered and received, objections overruled: 38, 39, 40, 41

Exhibits referred: 42, 43, 44, 45, 46

Exhibit identified, offered and received: 47

**PLAINTIFF'S WITNESS MICHAEL McCAMMOND**
04:25  Cross (by Mr. Rupe)

Exhibit identified, offered and received: Q, O, L, M, 43

                Exhibit identified, offered and rejected, objection sustained: Z

05:07  Jury excused

Court's comments

Discussion re exhibits

Mr. Rupe's proffer re Exhibit Z

Mr. Vaughter's response

05:15 p.m.    Court in Recess
              Trial continued
              Time: 7/19