IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 09-cv-02895-WJM

MICHAEL McCAMMOND,

Plaintiff,

v.

SCHWAN'S HOME SERVICE, INC.,

Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24 day of August 2011.

BY THE COURT

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant